25 So.2d 700

### Robert RAGSDALE v. STATE.

#### 7 Div. 877.

Supreme Court of Alabama.

April 11, 1946.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Robert Ragsdale for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ragsdale v. State, 25 So.2d 699.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.